**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANDRE FELIX, individually and on
behalf of all others similarly situated,

        Plaintiff,               CASE NO.: 2:25-CV-01695-JMY

    v.

CONNECTAMERICA.COM, LLC,

        Defendant.


**ORDER**


AND NOW, on this 16th day of June, 2025, upon consideration of DEFENDANT CONNECTAMERICA.COM, LLC'S THIRD CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Defendant Connectamerica.com, LLC shall file its Answer and Affirmative Defenses to Plaintiff's Complaint on or before June 23, 2025.

               BY THE COURT:


               /s/ John Milton Younge
               John Milton Younge
               United States District Judge