**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANDRE FELIX, individually and on
behalf of all others similarly situated,

        Plaintiff,                Case No.: 2:25-CV-01695-JMY

    v.

CONNECTAMERICA.COM, LLC,

        Defendant.

## <u>ENTRY OF APPEARANCE</u>

Kindly enter the appearance of MARSHALL DENNEHEY, P.C. and GREGORY P. GRAHAM, ESQUIRE on behalf of Defendant, CONNECTAMERICA.COM, LLC, in connection with the above-captioned matter.

                    Respectfully submitted,

                    **MARSHALL DENNEHEY, P.C.**

BY:       _____
                    Gregory P. Graham, Esquire
                    PA ID #317205
                    **Attorney for Defendant,
                    Connectamercia.com, LLC**
                    Union Trust Building, Suite 700
                    501 Grant Street
                    Pittsburgh, PA  15219
                    412 803-1150
                    412 803-1188/fax
                    gpgraham@mdwcg.com