IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ANDRE FELIX** individually and on behalf of themselves and all others similarly situated, :

vs. :  No. 25-cv-1695-JMY

**CONNECTAMERICA.COM, LLC.** :

## SCHEDULING ORDER

AND NOW, this 23rd day of June, 2025, upon consideration of the parties' Joint Report of the Rule 26(f) Meeting (ECF No. 17), and the representations made by Counsel at the Rule 16 conference, it is hereby **ORDERED** that the following case management schedule is enacted:

1. Fact discovery shall continue in good faith.
2. The following case management deadlines are so **ORDERED**:
   a. Class Certification Fact Discovery shall be completed by **February 9, 2026.**
   b. Expert Disclosures shall be completed by **March 6, 2026**.
   c. All Expert Discovery, including all depositions of expert witnesses, shall be completed by **June 4, 2026.**
   d. Dispositive motions and class certification motions shall be filed no later than **July 1, 2026**. Reponses, if any, to such motions shall be filed no later than **July 31, 2026**.
3. This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes. Judge Moore-Wells will contact Counsel to initiate the settlement process. As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.
4. Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john- milton-younge
   **IT IS SO ORDERED.**

BY THE COURT:

  /s/ *John Milton Younge*
Judge John Milton Younge