IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE FELIX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTAMERICA.COM, LLC<br><br>Defendant. | :<br>: CASE NO. 2:25-cv-01695-JMY<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S UNOPPOSED MOTION TO**
**EXTEND CASE MANAGEMENT DEADLINES**

Plaintiff Andre Felix ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully moves the Court pursuant to Federal Rule of Civil Procedure 16(b)(4) for an extension of certain case management deadlines by approximately 120 days. Defendant ConnectAmerica.com, LLC ("Defendant") does not oppose the requested extensions but has not reviewed, approved, or joined in the substance or content of this Motion.

This is a putative class action arising under the Telephone Consumer Protection Act that involves complex factual, technical, and expert issues, including issues relevant to class certification. Plaintiff has acted diligently to advance discovery in this matter. Plaintiff served his First Set of Discovery Requests on May 5, 2025, shortly after the Rule 26(f) conference, and those requests were narrowly tailored to issues bearing on Rule 23, including call data, dialing technology, third-party vendor relationships, TCPA compliance procedures, and Defendant's use of the FCC's Reassigned Number Database.

Despite Plaintiff's consistent efforts to move discovery forward, discovery has taken

1

longer than anticipated due to the scope and technical nature of the electronically stored information at issue, the need to collect and produce data from multiple systems and third-party vendors, and the necessity of follow-up discovery based on Defendant's productions. Throughout this process, Plaintiff has repeatedly met and conferred with Defendant's counsel, worked cooperatively to sequence discovery, narrowed issues where appropriate to avoid motion practice, and taken steps to keep discovery progressing efficiently. Additionally, the Defendant has just unilaterally cancelled a deposition that the parties had scheduled. Nevertheless, compliance with the existing schedule has become impracticable through no lack of diligence on Plaintiff's part.

The current deadlines no longer allow sufficient time to complete class-certification fact discovery, prepare and exchange expert disclosures, conduct expert depositions, and present class certification and dispositive motions on a complete and fully developed record. The requested extensions are modest in light of the needs of the case, will not prejudice Defendant, and will promote judicial economy by ensuring that the Court is presented with well-supported motions rather than piecemeal or incomplete submissions. Plaintiff therefore respectfully requests that the Court extend the current deadlines by approximately 120 days, as reflected below:

| Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Class Certification Fact Discovery | February 9, 2026 | June 9, 2026 |
| Expert Disclosures | March 6, 2026 | July 6, 2026 |
| Completion of All Expert Discovery | June 4, 2026 | October 2, 2026 |

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Class Certification and Dispositive Motions | July 1, 2026 | October 29, 2026 |
| Responses to Class Certification and Dispositive Motions | July 31, 2026 | November 30, 2026 |

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Unopposed Motion and enter an Order extending the case management deadlines as set forth above.

Dated:  January 26, 2026         /s/ Anthony I. Paronich
                                 Anthony I. Paronich
                                 PARONICH LAW, P.C.
                                 350 Lincoln Street, Suite 2400
                                 Hingham, MA 02043
                                 Tel: (617) 485-0018
                                 Fax: (508) 318-8100
                                 anthony@paronichlaw.com

                                 *Counsel for Plaintiff and the proposed class*

3