IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDRE FELIX** individually and on behalf of themselves and all others similarly situated, : : : : | No. 25-cv-1695-JMY |
| vs. : : | |
| **CONNECTAMERICA.COM, LLC.** : | |

**Amended Scheduling Order**

**AND NOW**, this 27th day of January, 2026, upon consideration of the Consent Motion for Extension of Time to Complete Discovery (ECF No. 21), it is **ORDERED** that said Motion shall be **GRANTED** and the following case management schedule is enacted:

1. Fact discovery shall continue in good faith.

2. The following case management deadlines are so **ORDERED**:

    a. Class Certification Fact Discovery shall be complete by **June 9, 2026**.

    b. Expert Disclosures shall be complete by **July 6, 2026**.

    c. All Expert Discovery, including all depositions of expert witnesses, shall be complete by **October 2, 2026.**

    d. Dispositive motions and class certification motions shall be filed no later than **October 29, 2026**.  Reponses, if any, to such motions shall be filed no later than **November 30, 2026**.

3. The Court previously referred the above-captioned matter to United States Magistrate Judge Carol Sanda Moore-Wells for a settlement conference (see Scheduling Order, ECF No. 20 ¶ 3), and said referral for a settlement conference shall remain in effect. **IT IS SO ORDERED.**

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge