**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDRE FELIX, individually and on behalf of all others similarly situated, | : | |
| | : | CASE NO. 2:25-cv-01695-JMY |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTAMERICA.COM, LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION TO**
**EXTEND CASE MANAGEMENT DEADLINES**

Plaintiff Andre Felix ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully moves the Court pursuant to Federal Rule of Civil Procedure 16(b)(4) for an extension of certain case management deadlines by approximately 100 days. Defendant ConnectAmerica.com, LLC ("Defendant") does not oppose the requested extension.

This is a putative class action arising under the Telephone Consumer Protection Act that involves complex factual, technical, and expert issues, including issues relevant to class certification. Plaintiff has acted diligently to advance discovery in this matter. While the parties have been working through discovery and expert work, they are now scheduled to participate in a mediation with Jill Sperber of Judicate West on June 30, 2026. That mediation may streamline or resolve some or all of the issues in dispute and therefore counsels in favor of a modest extension of the current deadlines so that the parties can focus their efforts on meaningful settlement discussions while preserving sufficient time to complete any remaining discovery and motion practice if necessary.

The current deadlines no longer allow sufficient time to complete class-certification fact discovery, prepare and exchange expert disclosures, conduct expert depositions, and present class certification and dispositive motions on a complete and fully developed record. The requested extensions are modest in light of the needs of the case, will not prejudice Defendant, and will promote judicial economy by ensuring that the Court is presented with well-supported motions rather than piecemeal or incomplete submissions. Plaintiff therefore respectfully requests that the Court extend the current deadlines by approximately 100 days, as reflected below:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Class Certification Fact Discovery | June 9, 2026 | September 17, 2026 |
| Expert Disclosures | July 6, 2026 | January 11, 2027 |
| Completion of All Expert Discovery | October 2, 2026 | February 8, 2027 |
| Class Certification and Dispositive Motions | October 29, 2026 | March 10, 2027 |
| Responses to Class Certification and Dispositive Motions | November 30, 2026 | April 10, 2027 |

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Unopposed Motion and enter an Order extending the case management deadlines as set forth above.

Dated:  March 23, 2026            */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*