IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDRE FELIX individually and on behalf  :
of themselves and all others similarly      :          No. 25-cv-1695-JMY
situated,                                                 :
                                                              :
        vs.                                               :
                                                              :
CONNECTAMERICA.COM, LLC.          :

### Second Amended Scheduling Order

**AND NOW**, this 24th day of March, 2026, upon consideration of the Consent Motion for Extension of Time to Complete Discovery (ECF No. 23), it is **ORDERED** that said Motion shall be **GRANTED** and the following case management schedule is enacted:

1. Fact discovery shall continue in good faith.

2. The following case management deadlines are so **ORDERED**:

    a. Class Certification Fact Discovery shall be complete by **September 17, 2026**.

    b. Expert Disclosures shall be complete by **January 11, 2027**.

    c. All Expert Discovery, including all depositions of expert witnesses, shall be complete by **February 8, 2027.**

    d. Dispositive motions and class certification motions shall be filed no later than **March 10, 2027**.  Reponses, if any, to such motions shall be filed no later than **April 10, 2027**.

3. The Court previously referred this matter to United States Magistrate Judge Carol Sanda Moore-Wells for a settlement conference (see Scheduling Order, ECF No. 20 ¶ 3), and said referral for a settlement conference shall remain in effect.

    **IT IS SO ORDERED.**

                                                            BY THE COURT:

                                                              /s/ John Milton Younge
                                                            Judge John Milton Younge